**Order entered June 21, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00153-CV

## IN THE INTEREST OF A.D.A., C.R.A., J.M.A., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-05934**

## ORDER

By letter filed June 16, 2021, court reporter Francheska Duffey informs the Court that appellant has not requested the reporter's record. Having previously cautioned appellant that the appeal might be submitted without the reporter's record should we be informed the record was not requested, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than July 21, 2021.

/s/    KEN MOLBERG
       JUSTICE